UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 06CR1206-GT |
| Plaintiff, ) | |
| ) | ORDER TO CONTINUE REVOCATION |
| v. ) | OF SUPERVISED RELEASE HEARING DATE |
| **MIGUEL TOSCANO-ALANIZ,** ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the presently scheduled revocation of supervised release hearing before the Honorable Gordon Thompson, Jr. for November 4, 2011 at 9:30 a.m. be continued to November 28, 2011, at 9:30 a.m. Mr. Toscano-Alaniz is in custody

DATED: 11-3-11

HONORABLE GORDON THOMPSON, JR.
**United States District Court Judge**