FILED
JAN 0 6 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 06CR1206-GT |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING JOINT MOTION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING DATE |
| MIGUEL TOSCANO-ALANIZ, ) | |
| Defendants. ) | |

**IT IS HEREBY ORDERED** that the revocation of supervised release hearing date in this matter now scheduled for January 9, 2012 at 9:30 a.m. be continued until Friday, February 10, 2012, at 9:30 a.m. Mr. Toscano is in custody.

**IT IS SO ORDERED.**

Dated: 1-6-12

HONORABLE GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE